

PC SCAN

RECEIVED GW

12/14/2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FILED

1/14/2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN ~~CENTRAL~~ DIVISION

ERIC E. BERNARD

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

ILLINOIS DEPARTMENT OF CORRECTION,

ROB JEFFREYS,

SONJA NICKLAUS,

WEXFORD HEALTH SOURCE

AMBER ALLEN,

ANDREA TACK

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

Case No: 20 CV 50412
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

☑ **AMENDED COMPLAINT**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   **U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
   **28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1

JUSTIN WILKS,
MELISSA YOUNG,
MONICA CARPENTER,
DACIA HUTCHISON
JANET BROWN,
CARLOS FLOR,
ANN GANGER,
JESSICA OLSON,
MERRILL ZAHTZ,
JACQUELYNN TOBIASZ,
CNA RUSSELL,
CNA FELDER,
CNA L. BARLOW,
CECELIA GROSSMAN,
TEEA LEWIS,
H. SPENCER,
SGT. PHILLIPS,
NURSE HEFERFINGER,
QUINCY KIMBLE
COUNSELOR MRS. JOHNSON,
TAYLOR GEE

JOHN DOE,
JANE DOE.

        DEFENDANTS.


All DEFENDANDANT ARE BEING SUED IN BOTH THEIR OFFICIAL CAPACITY AND INDIVIDUAL CAPACITY.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name: ERIC BERNARD

B.  List all aliases: Terrell King

C.  Prisoner identification number: R25398

D.  Place of present confinement: DIXON Facility

E.  Address: 2600 N.BRINTON AVE
    DIXON ILLINOIS 61021

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: Illinois Department of Corrections

    Title: ENITY CORPORATION

    Place of Employment: 1301 CONCORDIA COURT
    SPRINGFIELD, IL 62794

B.  Defendant: ROB JEFFREYS

    Title: I.D.O.C DIRECTOR

    Place of Employment: 1301 CONCORDIA COURT
    SPRINGFIELD, IL 62794

C.  Defendant: WEXFOR

    Title: _____

    Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

SONJA NICKLWAS (WARDEN)

ANDREA TACK ( WARDEN

AMBER ALLEN (MEDICAL ADMINISTRATOR)

JUSTIN WILKS (WARDEN)

Melissa Young (WEXFORD UNIT SUPERVISOR)

MONICA CARPENTER (DIRECTOR OF NURSING)

DACIA HUTCHISON ( NURSE SUPERVISOR)

JANET BROWN (MEDICAL SUPERVISOR)

CARLOS FIOR ( PHYSICIAN)

MERRILL ZAHTZ (MEDICAL DIRECTOR)

ANN GANGER (UNIT LT. SUPERVISOR)

JACQUELINE TOBIASZ (CNA SUPERVISOR)

CNA MRS. RUSSELL (CERTIFIDE NURSE ASSISTANT)

CNA Ms. Felder ( CERTIFIDE NURSE ASSISTANT)

L. BARLOW (CERTIFIDE NURSE ASSISTANT)

CECELIA GROSSMAN (CORTIFIDE NURSE ASSISTANT)

TEEA LEWIS ( CERTIFIDE NURSE ASSISTANT)

NURSE Ms. HEFERFINGER (UNIT NURSE)

NURSE MRS. SPENCER ( UNIT NURSE SUPERVISOR)

QUINCY KIMBLE (UNIT NURSE

SGT. PHILLIPS (UNIT SGT. SUPERVISOR)

OFFICER BRADY (UNIT OFFICER)

OFFICER POTTINGER (UNIT OFFICER)

OFFICER SKOLI, (UNIT OFFICER)

JACOB CASSIDLY (UNIT OFFICER

JACOB Wolosonovich (UNIT OFFICER

JOHN DOES (UNKNOWN)

JANE DOES (UNKNOWN)

TAYLOR GEE, MRS. JOHNSON (UNIT ADVOCATING COUNSELORS)

All DEFENDANTS PLACE OF EMPLOYMENT AT'S AT DIXON CORRECTIONAL CENTER.

All DEFENDANTS ARE BEING SUED IN BOTH THEIR OFFICIAL CAPACITY AND INDIVIDUAL CAPACITY

3^A

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: BERNARD V DDOC ETAL 20CV-5346

B. Approximate date of filing lawsuit: 9-18-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC BERNARD ALIAS TERRELL KING

D. List all defendants: DDOC, TERRY JEFFREYS, MILES, WILLIAMS, BARNES, JANE DOES, JOHN DOES OTHER DEFENDANTS.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G. Basic claim made: 8th 14th AMENDMENT Violations

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: UNKNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

SEE ATTATCHMENT LITIGATION HISTORY 8 PAGES

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

PLAINTIFF AN INMATE OF THE J.D.O.C WHOSE AT DIXON FACILITY SINCE 9-6-19 ON THE HEALTH CARE UNIT INFIRMARY UNDER FULL SELF CARE ASSISTANCE AND IS DIAGNOS AS AN DSABLED PERSON WHO IS IN NEED OF ACCOMMODATIONS FOR PROGRAMS, SERVICES, DAILY ACTIVITIES AND SELF CARE TREATMENT. DIXON FACILITY OFFERS ALL INMATES TO PARTICIPATE IN VISITATION (FROM FAMILY, FRIENDS, ATTORNEYS) IN PERSON AND BY VIDEO ON LINE VISITS. RELIGOUS SERVICES; EDUCATIONAL PROGRAMS; RECREATION( YARD, GYM DAYRON, OUT OF CELL UNSTRUCTURED TIME); TELEPHONE ACCESS; MENTAL HEALTH GROUP THERAPY; LAW LIBRARY; DENTAL CARE ETC BUT PLAINTIFF AND OTHER SELF CARE INMATES ARE DENIED TO PARTICIPATE IN THESE DAILY ACTIVIES, PROGRAMS SERVICES. BASED SOLEY ON HIS/THEIR DISABILITY AND NO ACCOMODATED REASONABLE ACCOMMODATIONS HAVE BEEN MADE. FOR EXAMPLE, THE TELEPHONES IN THE INFIRMARY IS INSIDE A SIT IN BOOTH WERE PLAINTIFF CANT GET TO THE DAIL PAD AND THE RECIEVER BARDLY FITS OUT THE BOOTH TO REACH PLAINTIFF EAR, PLAINTIFF REQUEST THAT THE BOOTH BE REMOVED OR ANOTHER PHONE BE ENSTALLED SO PLAINTIFF CAN HAVE ACCESS TO PHONE

5

WITHOUT STRAINING HIS NECK, ??? ON PERSON VISITATION ARE HELD IN THE VISITING STATION, HOWEVER, ACCOMMODATION CAN BE MADE FOR VISITORS TO COME INSIDE THE FACILITY IN THE INFIRMARY (WHERE PLAINTIFF IS HOUSED) NO REASONABLE ACCOMMODATIONS WAS MADE, VIDEO VISITATION IS A MACHINE THAT FACES UPWARD FOR INMATES WHO CAN SIT UP IN A CHAIR AND IS CLOSED IN A CORNER FACING THE WALL, PLAINTIFF'S GERI CHAIR CAN NOT FIT IN FRONT OF THE MACHINE NOR CAN HE REACH THE PHONE CONNECTED TO THE MACHINE NOR CAN THE VISITORS SEE HIM BECAUSE THE SCREEN ON THE MACHINE ONLY FACES TOWARDS THE CEILING AND CANT ADJUST, HOWEVER, THERE IS A BRAND NEW PORTABLE MACHINE ON THE UNIT BUT IT HAS NEVER BEEN USED, PLAINTIFF MADE REQUEST TO USE THE PORTABLE VIDEO MACHINE BUT NOTHING HAPPENED AND NO OTHER ACCOMMODATIONS WAS MADE.

DENTAL CARE IS AVAILABLE AT THE FACILITY BUT PLAINTIFF IS BEING DENIED DENTAL CARE BECAUSE PORTABLE DENTAL X RAY MACHINES, OR DENTAL CHAIRS FOR DISABLED INMATES LIKE PLAINTIFF ARE NOT AVAILABLE AT THE FACILITY PLAINTIFF REQUESTED TO GO TO AN OUTSIDE DENTAL CENTER FOR DENTAL CARE OR TO ORDER PORTABLE X-RAY AND ADA DENTAL CHAIRS BUT NO ACCOMMODATIONS WAS MADE AT ALL AND PLAINTIFF HAS CAVITIES, DECAYING TEETH, EXPOSED NERVES, BROKEN TOOTH WITH HARD WIRE STICKING OUT.

RELIGIOUS SERVICE, GROUPS, RECREATION, LAW LIBRARY AND OTHER PROGRAMS, SERVICES AND DAILY ACTIVITIES THAT ARE AVAILABLE, DEFENDANTS CLAIMS THAT GERI CHAIRS AT THE FACILITY IS OLD AND UNSAFE TO TAKE THE PLAINTIFF OUTSIDE THE INFIRMARY AND ALSO SHORT STAFF. PLAINTIFF REQUESTED DEFENDANTS TO ORDER NEW AND SAFE GERI CHAIRS AND EMPLOYEE MORE STAFF OR MAKE REASONABLE ACCOMMODATIONS BUT NONE WAS MADE AND HIS REQUEST WAS DENIED

6

Self care _____ F CARE
REASONS only, HOWEVER, THE UNIT IS DESIGNED FOR INMATES WITH SERIOUS MEDICAL
CONDITIONS AND NEEDS OBSERVATION, THERE IS ONLY ONE NURSE, OFFICER AND CERTIFIED
NURSE ASSISTANT (CNA) ON EACH SHIFT. THE UNIT OFFICER HAS TO BE PRESENT AT ALL TIMES WHEN
INMATES, NURSES AND CNA HAVE MAKE CONTACT, THERE ARE OVER TWENTY INMATES
HOUSED IN THE INFIRMARY, ONLY SEVEN OF THOSE INMATES REQUIRE SELF CARE
ASSISTANCE, THE REMAINING INMATES ARE THERE FROM BROKEN BONES, TEMPORARY
OBSERVATION, FOUR POINT RESTRAINT OBSERVATION, UP TO LIFE SUPPORT MACHINES. ON
A DAILY BASIS SELF CARE INMATES ARE NOT RECIEVING DAILY ADL'S BECAUSE
THE UNIT OFFICER IS OCCUPIED WITH OTHER SITUATION WITH OTHER REGULAR
INMATES, LEAVING THE CNA UNABLE TO DOTHERE JOB IN PROVIDING CARE
FOR THEIR PRIMARY PATIENTS (SELF CARE INMATES). DEFENDANTS DONT HAVE A SETTING
IN THE PRISONS IN ILLINOIS FOR SELF CARE INMATES WERE THEIR SELF CARE NEEDS
CAN BE MET. PLAINTIFF AND HIS ATTORNEY "AMANDA ANTHOT" (ADVOCATING ATTORNEY
FOR THE DISABLED) HAS MADE SEVERAL REQUEST FOR ACCOMMODATIONS SUCH
AS FOR THE DEFENDANTS TO CREATE A UNIT FOR SELF CARE INMATES ONLY,
SEND SELF CARE INMATES TO SOME TYPE OF NURSING HOMES OR SIMPLY ASSIGN
ADDITIONAL CNA'S AND OFFICERS TO THE INFIRMARY FOR SELF CARE INMATES ONLY
TO GUARANTEE THAT SELF CARE INMATES ARE RECIEVING THE PROPER
CARE AND DAILY LIVING SCHEDULED PROCESSES ROUTINES ETC. NO ACTIONS WAS TAKEN
BY THE DEFENDANTS NOR DID WAS THERE ANY REASONABLE ACCOMMODATIONS.

DEFENDANTS ROBB JEFFREYS, SONJA NICKLAUS, AMBER ALLEN, MELLISA YOUNG,
WARDEN TACK, WARDEN MILKS, ADA COORDINATOR, D.D.C, MONICA HUTCHISON, WEXFORD HEALTH SOURCE,
MONICA DACIA HUTCHISON, MONICA CARPENTER, MERRILL ZATHZ, CARLOS FIOR TOBIASZ,
BROWN, GANGER, OLSON, RUSSELL, BARLOW, GROOMAN, LEWIS, SPENCER, FELDER, PHILLIPS HEFERFINGER,
ARE RESPONSIBLE FOR MAKING REASONABLE ACCOMMODATIONS AND RECOMMENDATIONS
FOR PLAINTIFF AND OTHER SELF CARE INMATES.

IN ADDITION, THE DEFENDANTS REFUSES TO ORDER NEW ADA EQUIPMENT/DEVICES
SUCH AS HOYER LIFT, GERI CHAIRS, EMERGENCY CALL BUTTONS, MEDICAL BEDS, FOOD
TRAYS ETC. (ALL OF THE CURRENT ADA EQUIPMENT IS BROKEN OR FALLING APART)
IT'S BEEN LIKE THIS SINCE 9-6-19 TO PRESENT DATES AND THIS
HAS BEEN AN ONGOING ISSUE WITH ALL OF THE ALLEGATION AGAINST ALL OF
THE DEFENDANTS SINCE PLAINTIFF ARRIVAL AT DIXON FACILITY.

7

CLAIM # 1     AMERICANS WITH DISABILITIES ACT

— JOINED WITH —

CLAIM # 2     REHABILITATION ACT

PLAINTIFF IS AN QUALIFIED DISABLED INMATE WHO HAS BEEN SUBJECTED TO DISCRIMINATION (BY THE NAMED DEFENDANTS IN THIS COMPLAINT) BASED ON HIS PHYSICAL DISABILITIES AND HAS BEEN DENIED PROGRAMS, SERVICES, DAILY ACTIVITIES, DENTAL AND PROPER SELF CARE ASSISTANCE BASED ON HIS DISABILITIES AND DEFENDANTS REFUSED TO MAKE REASONABLE ACCOMMODATIONS. IN VIOLATION OF AMERICANS WITH DISABILITIES ACT. AND THE REHABILITATION ACT.

CLAIM # 3

DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED FAILURE TO PROTECT IN VIOLATION OF THE 8TH AMENDMENT OF THE US CONSTITUTION

DEFENDANTS ARE AWARE THAT PLAINTIFF SELF CARE NEEDS REQUIRES ADA ASSISTIVE EQUIPMENT AND ADA DEVICES, MEDICAL BEDS, GERI CHAIRS, HOYER LIFT.

DEFENDANTS ARE AWARE THAT THE HOYER LIFT IS MALFUNCTIONING AND UNSAFE AS WELL AS THE GERI CHAIRS BUT ORDER NURSES AND CNA TO OPERATE THE HOYER LIFT AND GERI CHAIRS ON PLAINTIFF, WHICH RESULTED IN PLAINTIFF BEING INJURIED OVER TWENTY TIMES, BUT THE DEFENDANTS REFUSES TO ORDER NEW EQUIPMENT AND CONTINUING TO LET THESE INJURIES OCCUR IN VIOLATION OF THE 8TH AMEND. OF THE UNITED STATES CONSTITUTION.

8

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

DECLARORY, INJUNCTIVE Relief,
EQUITABLE) APPROPRATE Relief,
COMPENSATORY/MONEY DAMAGES
PUNITIVE DAMAGES,
SUCH OTHER OR FUTHER Relief AS THIS COURT DEEMS APPROPRATE

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

## CERTIFICATION

PREPARED BY: Darren Fields
DARRIUS FIELDS
(SEE ATTACHMENT "A")

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 13 day of DECEMBER 20 20

_____
(Signature of plaintiff or plaintiffs)

ERIC EIBERNARD
(Print name)

R 25398
(I.D. Number)

_____
(Address)

9

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## AFFIDAVIT

I, DARRIUS FIELDS, R57041

I SWEAR UNDEDER THE PENALTY OF PERJURY THAT THAT THE CONTENTS OF THIS AFFIDAVIT I TRUE AND CORRECT:

ON MY OWN FREE WILL I HAVE BEEN HELPING ERIC BERNARD BECAUSE INMATE ERIC BERNARD IS PHYSICALLY IMPAIRED / PARALYSED, CANT SIT, CANT WALK, CANT SIT UP OWN HIS OWN, NEEDS ASSISTANCE EATING AND UNDER FULL MEDICAL SELF CARE ASSISTANCE AND OBSERVATION. I, DARRIUS FIELDS IS ASSISTING HIM WITH HIS LEGAL AFFAIRS SINCE HE HAS NO ONE TO ASSIST HIM. HOWEVER, IM NOT UNDER ANY OBLIGATION TO DO SO, I DO NOT PLAN ON BEING ABLE TO ASSIST PLAINTIFF THE DUE TO MY SERIOUS HEALTH ISSUES AND I WILL NOT BE AVAILABLE TO ASSIST MR BERNARD. JUST SO THIS COURT IS AWARE THAT I'M HAND WRITTING AND PREPARED ALL OF HIS FILED DOCUMENTS

*Darrius Fields*
DARRIUS FIELDS
AFFIANT

SUBSCRIBED AND SWORN BEFORE ME
ON 6 NOV 2020

NOTARY

OFFICIAL SEAL
PATRICK SHIPPERT
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES SEP 25, 2023

ATTACHMENT : LITIGATION HISTORY BRIEFS

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PLAINTIFF MAY HAVE MORE PENDING LITIGATIONS BUT DON'T KNOW
THE PROPER INFORMATION

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: BERNARD V. SCOTT SCOTT ETAl
   No. 3:15-CV-50277

B. Approximate date of filing lawsuit: OCTOBER 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
   ERIC BERNARD

D. List all defendants: BALLARD, COOK, EMMER, Floyd, FOX ; HABERKAMP
   KING, KLEIN, MALONE, MCROBERTS, PARNOW, SCOTT, SMITH; DEKALB
   COUNTY JAIL

E. Court in which the lawsuit was filed (if federal court, name the district; if state court,
   name the county): DeKALB County, Illinois

F. Name of judge to whom case was assigned: ____ iepp? KAPALA

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed?
   Is it still pending?): SUMMARY OF JUDGMENT PENDING

I. Approximate date of disposition: UNKNOWN

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE
ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME
FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED,
YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY,
AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-
PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: 2015 MR 0 00 47

B. Approximate date of filing lawsuit: 2015

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
ERIC E BERNARD

D. List all defendants: MICHAEL MELVIN, DONNA JONES, ANDREW TILDEN, JOHN AND JANE DOES

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): LIVINGSTON COURT

F. Name of judge to whom case was assigned: BAUKURT

G. Basic claim made: 8th AND 14th AMENDMENT VIO ATION

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): STILL PENDING. DISMISSED WITHOUT PREJUDICE. PLAINTIFF WAS PARALIZE AND UNABLE TO PROCEED WELL WHILE HOSPITALIZED JANUARY 2020

I. Approximate date of disposition: (EXACT EXACT UNKNOWN), DATE

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal
        court in the United States:

        BERNARD V. MELVIN, NO. 18-CV-01335

A.      Name of case and docket number: ERIC E. BERNARD - V -
        MICHEAL MELVIN, SHARON SIMPSON, LINSAY COREY
        OFFICER SWISHER, ANDREW TILDEN, CHERI HAUSEN          18-18-CV-013

B.      Approximate date of filing lawsuit: _____

C.      List all plaintiffs (if you had co-plaintiffs), including any aliases:
        ERIC EUGENE BERNARD AKA TERRELL KING
        _____
        _____

D.      List all defendants: MICHEAL MELVIN, SHARON SIMPSON,
        SWISHER, ANDREW TILDEN, CHERI HAUSEN
        _____
        _____

E.      Court in which the lawsuit was filed (if federal court, name the district; if state court,
        name the county): FEDERAL COURT, CENTRAL ILLINOIS

F.      Name of judge to whom case was assigned: JAMES SHADID

G.      Basic claim made: DENIAL OF 8TH AND 14TH AMENDMENT
        VIOLATION

H.      Disposition of this case (for example: Was the case dismissed? Was it appealed?
        Is it still pending?): PENDING
        _____

I.      Approximate date of disposition: TO STILL PENDING

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE
ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME
FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED,
YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY,
AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-
PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3                                       Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: ERIC BERNARD -V- JOHN BALDWIN, NO. 18-MR-183

B. Approximate date of filing lawsuit: 2018 (UNKNOWN EXACT DATE)

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC E. BERNARD AKA Terrell Kmc

D. List all defendants: ANGLIN, ATKIN, BALDWIN, SCKAUTZ, BAPTIST, BENNER, BENNET, BOGGESS, CALDWELL, CULKIN, CULLMANN DUCKWORTH, EVANS, FOX, GORE, HANSON, JOHNSON

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): LIVINGSTON COUNTY STATE OF ILLINOIS

F. Name of judge to whom case was assigned: BLANKUST

G. Basic claim made: 5th 14th AMENDMENT VIOLATION

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING FOR APPEAL

I. Approximate date of disposition: TO BE DETERMINE

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: BERNARD V. CASTEL ET AL
No. 1:19-CV-0100I-CSB

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
ERIC BERNARD

D. List all defendants: KEVIN CASTELL AND OFFICE
MARIN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FILED ON NORTHERN ILLINOIS DISTRICT BUT TRANSFERED TO CENTRAL DISTRICT ILLINOIS

F. Name of judge to whom case was assigned: UNKNOWN

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): WITHOUT PRESUDICE DISMISSED

I. Approximate date of disposition: MARCH 2019

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

5

IV.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.  Name of case and docket number: BERNARD -V- MELVIN
    NO. 18 - MR - 246

B.  Approximate date of filing lawsuit:  2018 (UNKNOWN DATE)

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: Michael
    ERIC BERNARD

D.  List all defendants:  Michael Melvin; Emily Ruskey,
    TERRI KENNEDY, LT. EVANS, OFFICER CLAUS, PITTMAN

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): STATE OF ILLINOIS, LIVINGSTON COUNTY

F.  Name of judge to whom case was assigned:  BURKURT (?)

G.  Basic claim made:  8th AND 14th AMENDMENT VIOLATIONS

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED WITHOUT PREJUDICE, PLAINTIFF BECAME PARALIZED

I.  Approximate date of disposition:  2020 JANUARY

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: BERNARD v. ₹D.D.D.C 20-CV-5347

B. Approximate date of filing lawsuit: 9-10-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERC E. BERNARD ALIAS TERRELL KING

D. List all defendants: FU.D.D.C, JEFFREYS, MILES, WILLIAMS BARNES, JANE DOES, JOHN DOES, OTHER UNKNOWN DEFENDANTS

E. Court in which the lawsuit was filed (if federal court, name the district: if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G. Basic claim made: 8TH, 14TH AMENDMENT VIOLATIONS

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: UNKNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

7

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: BERNARD V. SCHWAB REHABILITATION 20 CV 05373 (JOINED) 05355

B. Approximate date of filing lawsuit: 9-10-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC BERNARD ALIAS TERRELL KING

D. List all defendants: SCHWAB REHABILITATION Hospital, Michelle GITTLER, FABIOLLA SEQUERIA KOPP, DR. ELY, DR. VINCE, BETSY GERTZ, JOHN DOES AND JANE DOES (OTHER UNKNOWN)

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G. Basic claim made: DELIBERATELY & INDIFFERENCE TO SERIOUS MEDICAL NEED, CRUEL UNUSUAL PUNISHMENT

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ORDERED, VOLUNTARILY DISMISSAL

I. Approximate date of disposition: UNKNOWN

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: BERNARD V. ILLINOIS DEPARTMENT OF CORRECTION 20-CV-50407

B. Approximate date of filing lawsuit: 9-10-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC E. BERNARD, ALIAS TERRELL KING

D. List all defendants: ILL.D.O.C, ROB JEFFREYS, JOHN VARGA SONJA NICKLUS, L-T GANGER, SGT SKIDWORTH, WOLOSOWICH FLITG, CECELLA GROSSMAN, NURSE MENTOR, JOHNDOES JANEDOES OTHER UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JOHN ROBERT BLAKOY

G. Basic claim made: CRUEL UNUSUAL PUNISHMENT, EXCESSIVE FORCE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING VOLUNTARY DISMISSAL

I. Approximate date of disposition: UNKNOWN

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: BERNARD V. IDOC 08300 05383

B. Approximate date of filing lawsuit: 9-10-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC E BERNARD ALIAS TERRELL KING

D. List all defendants: IDOC, JOHN BALDWIN, ROB JEFFREYS, SHERMIN MILES, WARDEN WILLIAMS, JANE DOES AND JOHN DOES OTHER UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: 9-10-20

G. Basic claim made: 8th AND 14th AMENDMENT VIOLATIONS

H. Disposition of this case (for example: Was the case dismissed? Was the case appealed? Is it still pending?): PENDING

I. Approximate date of disposition: UNKNOWN

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.    Name of case and docket number: BERNARD V. J.D.O.C 20 CV 05382

B.    Approximate date of filing lawsuit: 9-10-20

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC E, BERNARD ALIAS TERREll KING

D.    List all defendants: a J. D.D.C ROB JEFFREYS, SONJA NICKLAUS, AMBER Allen, MONICA CARPENTER, J DACIA HUTCHISON, OFFICER HERNE, ADVANCE MEDICAL SERVICE JOHN DOES, CHAMPAIGN COUNTY, DEPUTY RICHIE JANE DOES OTHER UNKNOWN

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F.    Name of judge to whom case was assigned: JOHN ROBERT Blakey

G.    Basic claim made: DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): VOLUNTARY DISMISSAl W/O PREJUDICE

I.    Approximate date of disposition: 10-23-20

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

11

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: BERNARARD v. DOC 20-CV-0536l

B. Approximate date of filing lawsuit: 9-10-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: IDOC ROB Jeffreys, TINA TAMORRES, NURSE JENDIFFER, JJANE DOES, JOHN DOES, EPIC BERNARD ALIAS TERRELL KING

D. List all defendants: IDOC, ROB JEFFREYS, LT WEST, TINA TAMMORES, NURSE JENNIFER, JANE DOES AND JOHN DOES OTHER UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G. Basic claim made: DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEED, CRUEL UNUSUAL PUNISHMENT

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING VOLUNTARY DISMISSAL

I. Approximate date of disposition: UNKNOWN

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

12

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: BERNARD V. JEFFREYS 20 ~~50413~~
BERNARD v. JEFFREYS, et Al    20 CV ~~50412~~  50413

B. Approximate date of filing lawsuit: _____ 9-10-20

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERic E.
BERNARD    NIAS TERRell KING

D. List all defendants: a) D.O.C, RoB JEFFREYS, DAVID SKIOWOPH
Lt, GANGER   JOHN DOE'S  JANE DOE'S ( )OTHER UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: ____ IAIN D. JOHNSTON

G. Basic claim made: DELIBERATE INDIFFERENCE TO SERIOUS
MEDICAL NEED

H. Disposition of this case (for example: Was the case dismissed? Was the case appealed? Is it still pending?): _____ PENDING

I. Approximate date of disposition: _____ ?

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: BERNARD V. DOC  20 CV 5373   JOINED 05341

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC T. BERNARD ALIAS Terrell KING

D. List all defendants: 2/.D.D.C, JOHN BALDIN, ROB JEFFREYS, SHERWIN MILES, B. BARNES, MARDON WILLIAMS, JOHN DOES, JANE DOES. OTHER UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G. Basic claim made: CRUEL UNUSUAL PUNISHMENT, DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEED

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED W/O PREJUDICE

I. Approximate date of disposition: 10-22-20

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: BERNARD V. 2 I.D.O.C 20 CV5368

B. Approximate date of filing lawsuit: SEPTEMBER 10 2020

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: 2). I.D.O.C. JOHN BALDWIN, ROB JEFFREYS, SGT. THOMAS, OFFICER JOHNSON, JACQUELINE ARNAEY, JOHN DOES AND JANE DOES ERIC E. BERNARD, Aliases TERRELL KYLE

D. List all defendants: 2).D.O.C, ROB JEFFREY, SGT. THOMAS, JOHN BALDWIN, OFFICER JOHNSON, JACQUELINE ANBARLY, JOHN DOE JANE DOE, UNKNOWN

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAL COURT

F. Name of judge to whom case was assigned: JUDGE JOHN ROBERT BLAKEY

G. Basic claim made: UNSAFE EXCESSIVE FORCE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: UNKNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

16

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: BERNARD v. DDOC 20-CV-5349

B.  Approximate date of filing lawsuit: 9-10-20

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: DDOC ROB JEFFREYS, B.BARNS, WILLIAMS, SHERMIN MILES JANE DOES, JOHN DOE ERIC BERNARD AKA TERRELL KING

D.  List all defendants: DDOC, ROB JEFFREYS, B.BARNES, SHERMIN MILES, WILLIAMS, JANE DOES, JOHN DOES OTHER UNKNOWN DEFENDANTS

E.  Court in which the lawsuit was filed (if federal court, name the district: if state court, name the county): FEDERAL COURT

F.  Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G.  Basic claim made: 8TH, 14TH AMENDMENT U.S. CONSTITUTION VIOLATIONS

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I.  Approximate date of disposition: UNKNOWN

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

17

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.  Name of case and docket number: BERNARD v. IDOC ETAL 20-CV-50535

B.  Approximate date of filing lawsuit: 9-10-20

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: ERIC BERNARD ALIAS TERREII KING

D.  List all defendants: IL.D.O.C, ROB JEFFEREYS, SONJA NICKLAUS, AMBER NICN, JANE DOES JOHN DOES, UNKNOWN

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FEDERAI COURT

F.  Name of judge to whom case was assigned: JOHN ROBERT BLAKEY

G.  Basic claim made: DELIBCRATC INDIFFERRENCE TO A SERIOUS MEDICAI NEED

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I.  Approximate date of disposition: ?

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

18