IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ERIC BERNARD, )<br>)<br>Plaintiff, )<br>) Case No. 20-CV-50412<br>)<br>v. )<br>) Honorable Judge Iain D. Johnston<br>ILLINOIS DEPARTMENT OF )<br>CORRECTIONS, et. al. )<br>)<br>Defendants. | |

## NICKLAUS'S NOTICE OF WITHDRAWN MOTION

Sonja Nicklaus by and through her attorney, Kwame Raoul, Attorney General of Illinois, hereby submits the following notice:

1. On May 27, 2022, Ms. Nicklaus filed a motion to dismiss. [Dkt. 80].

2. This motion set forth that Ms. Nicklaus was not a proper defendant under the ADA.

3. On July 1, 2022, Plaintiff filed a response to Dkt. 80. [Dkt. 85].

4. On July 7, 2022, the Court entered the following order clarifying the record and defendants in this matter: "Plaintiff's Motion to Reinstate Illinois Department of Corrections as Defendant [86], is granted. The Clerk is directed to reinstate the Illinois Department of Corrections as a Defendant. The Court notes that the remaining two Defendants in this matter are the Illinois Department of Corrections and Wexford Health Sources, Inc. For clarity going forward, the Clerk is directed to change the caption of this case to Bernard v. Illinois Department of Corrections, et al., and the parties are encouraged to properly caption their pleadings

1

  accordingly." [Dkt. 87].

  5. Ms. Nicklaus therefore respectfully withdraws her motion, Dkt. 80.

Dated: July 13, 2022

                Respectfully submitted,

**Kwame Raoul**
Attorney General for Illinois      */s/ Hanan Malik*
State of Illinois          Hanan Malik
                Assistant Attorney General
                Office of the Illinois Attorney General
                100 W. Randolph St., 13th Fl.
                Chicago, Illinois 60601
                (773) 590-7848
                Hanan.Malik@ilag.gov