**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

| | |
|---|---|
| ERIC BERNARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-cv-50412 |
| ) | |
| ROB JEFFREYS, et al., ) | Hon. Iain D. Johnston, Judge |
| ) | |
| Defendants. ) | Hon. Margaret Schneider, M.J. |

## MOTION TO WITHDRAW AS COUNSEL

Now comes Sarah Grady, as one of Plaintiff's current counsel of record, and hereby seeks leave of Court to withdraw as counsel for Plaintiff. In support, Ms. Grady states as follows:

1. Ms. Grady has concluded her employment at Loevy & Loevy, one of the firms representing Plaintiff.

2. Plaintiff will continue to be represented by Michael Kanovitz and Kelly Jo Popkin of Loevy & Loevy, among others.

3. No party will be prejudiced if Ms. Grady is permitted to withdraw her appearance in this matter.

Wherefore, Ms. Grady respectfully requests that the Court enter an Order permitting her to withdraw her appearance as counsel for Plaintiff in this matter.

Respectfully submitted,

/s/ Sarah Grady
Sarah Grady

Sarah Grady
KAPLAN & GRADY
1953 North Clybourn Ave., Ste. 274
Chicago, IL 60614
(312) 852-2184
sarah@kaplangrady.com

## CERTIFICATE OF SERVICE

    I, Sarah Grady, an attorney, hereby certify that on July 20, 2022, I filed a copy of the foregoing via the CM/ECF system, which effected service on all counsel of record.

                                            /s/ Sarah Grady
                                            Sarah Grady