UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLISNOIS
WESTERN DIVISION

| | |
|---|---|
| ERIC BERNARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-cv-50412 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | Honorable Iain D. Johnston |
| CORRECTIONS, *et al.*, ) | Honorable Margaret J. |
| ) | Schneider |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

## **MOTION TO WITHDRAW AS COUNSEL**

Now comes Oren Nimni, as one of Plaintiff's current counsel, and hereby seeks leave of Court under Local Rule 83.17 to withdraw as counsel for Plaintiff. In support, Mr. Nimni states as follows:

1. Mr. Nimni and the non-profit, Right Behind Bars were retained in a limited role as expert counsel to advise on claims that no longer remain in this matter following this Court's order on Defendants' motion to dismiss. As such, counsel's services are no longer required on this matter.

2. Plaintiff has been, and will continue to be, represented by Michael Kanovitz and Kelly Jo Popkin as part of the firm Loevy & Loevy.

3. No party will be prejudiced if Mr. Nimni is permitted to withdraw his appearance in this matter.

Therefore, Mr. Nimni respectfully requests that the Court enter an Order permitting him to withdraw his appearance as counsel.

Dated: February 23, 2023

Respectfully submitted:

/s/Oren Nimni

Oren Nimni
Rights Behind Bars
416 Florida Ave. #26152
Washington, D.C. 20001
(202) 540-0029
oren@rightsbehindbars.org

**CERTIFICATE OF SERVICE**

      I, Oren Nimni, an attorney, hereby certify that on February 23, 2023, I filed a copy of the foregoing via the CM/ECF system, which effected service on all counsel of record.

Dated: February 23, 2023

/s/ Oren Nimni