# Ranvestel, Joseph M.

**From:** Maria Makar <makar@loevy.com>
**Sent:** Friday, April 28, 2023 5:11 PM
**To:** Ranvestel, Joseph M.
**Cc:** Michael Kanovitz; Young, Rhonda I.; Gorski, Stephen J.
**Subject:** Re: Bernard v. IDOC et. al. Case No. 3:20-cv-50412 Discovery Status and 37.2 Correspondence

**EXTERNAL**

Hi Joseph,

It was a pleasure speaking with you today. As discussed, we will revisit some of the interrogatory responses citing to documents and determine whether a more specific citation can be provided. If we decide to supplement our responses, we will do so in the next couple weeks.

As for the request to supplement our responses as to Wexford's federal funding, we reiterate our objections.

Thank you and have a good weekend,
Maria

On Thu, Apr 27, 2023 at 2:12 PM Ranvestel, Joseph M. <jranvestel@cassiday.com> wrote:
> Sure thing; talk to you soon!
>
> Get Outlook for iOS
>
> ---
>
> **From:** Maria Makar <makar@loevy.com>
> **Sent:** Thursday, April 27, 2023 2:03:56 PM
> **To:** Ranvestel, Joseph M. <jranvestel@cassiday.com>
> **Cc:** Michael Kanovitz <mike@loevy.com>; Young, Rhonda I. <ryoung@cassiday.com>; Gorski, Stephen J. <sgorski@cassiday.com>
> **Subject:** Re: Bernard v. IDOC et. al. Case No. 3:20-cv-50412 Discovery Status and 37.2 Correspondence
>
> **EXTERNAL**
>
> Tomorrow 3-4 works better for me than this afternoon. I'll call you then. Thank you again!
>
> On Thu, Apr 27, 2023 at 2:03 PM Ranvestel, Joseph M. <jranvestel@cassiday.com> wrote:
>> This afternoon works well, when do you have in mind? Alternatively, tomorrow between 3-4 works well too.
>>
>> Get Outlook for iOS
>>
>> ---
>>
>> **From:** Maria Makar <makar@loevy.com>
>> **Sent:** Thursday, April 27, 2023 2:00:50 PM
>> **To:** Ranvestel, Joseph M. <jranvestel@cassiday.com>
>> **Cc:** Michael Kanovitz <mike@loevy.com>; Young, Rhonda I. <ryoung@cassiday.com>; Gorski, Stephen J.

1