IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ERIC E. BERNARD ) | |
| ) | |
| Plaintiff ) | Case No. 3:20-cv-50412 |
| ) | |
| v. ) | Judge Iain D. Johnson |
| ) | |
| ) | |
| ILLINOIS DEPT. OF CORRECTIONS, et ) al., ) | |
| ) | |
| Defendants ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN OVERSIZED MEMORANDUM IN SUPPORT OF HIS MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

NOW COMES Plaintiff, ERIC E. BERNARD, by his attorneys LOEVY & LOEVY, and respectfully file this Motion for Leave to File an Oversized Memorandum in Support of His Motion for Temporary Restraining Order and Preliminary Injunction. In support, Plaintiff states as follows:

1. Plaintiff seeks leave to file an additional 4 pages to his memorandum in support of his motion for temporary restraining order.

2. Given the severity and complexity of the issues presented in his brief, Plaintiff seeks leave to file an excess brief.

3. Plaintiff's comprehensive brief is intended to provide the Court with as much assistance as possible in considering the various issues and timelines involved. Given the stakes for Mr. Bernard, Plaintiff respectfully requests that this Court permit him to file this oversized brief in support of his positions.

WHEREFORE, Plaintiff, Eric E. Bernard, respectfully requests leave to file his oversized memorandum in support, or any other relief this Court deems appropriate.

Respectfully submitted,

/s/ *Maria Makar*
*One of Plaintiff's Attorneys*

Michael Kanowitz
Maria Makar
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
makar@loevy.com
*Attorneys for Plaintiff*