IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Eric E. Bernard, | ) | |
| | ) | |
| | ) | Case No. 3:20-cv-50412 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Iain D. Johnston |
| | ) | |
| Illinois Dept. of Corrections, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Eric Bernard and Defendant Wexford Health Sources, Inc., hereby stipulate and agree to the voluntary dismissal of the Rehabilitation Act claim (Count II) against Wexford without prejudice and without costs to either party.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ *Joseph M. Ranvestel* | /s/ *Maria Makar* |
| *One of the Attorneys for Defendant WEXFORD HEALTH SOURCES, INC.* | *One of Plaintiff's Attorneys* |
| | Michael Kanowitz |
| Matthew H. Weller | Maria Makar |
| Stephen J. Gorski | Loevy & Loevy |
| Joseph M. Ranvestel | 311 N. Aberdeen, 3rd Floor |
| CASSIDAY SCHADE LLP | Chicago, IL 60607 |
| 973 Featherstone Rd., Suite 125 | (312) 243-5900 |
| Rockford, IL 61107 | makar@loevy.com |
| Phone: 815-962-8301 | *Attorneys for Plaintiff* |
| mweller@cassiday.com | |
| sgorski@cassiday.com | |
| jranvestel@cassiday.com | |
| *Attorneys for Defendant WEXFORD HEALTH SOURCES, INC.* | |

1