# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Eric E. Bernard

                        Plaintiff,

v.                                              Case No.: 3:20−cv−50412

                                                            Honorable Iain D. Johnston

Illinois Department of Corrections, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 19, 2025:

      MINUTE entry before the Honorable Iain D. Johnston: The Clerk is directed to set aside the initial general reference, pursuant to IOP 11(d)(1), to a magistrate judge in all cases filed by Plaintiff Eric Bernard, now being heard by District Judge Iain D. Johnston, including Cases No.: 25 C 50364; 25 C 50366; 25 C 50365; 20 C 50412; 20 C 50413; 21 C 50124; 23 C 50130; 23 C 50269; 24 C 50097; 24 C 50134. A magistrate judge is to remain as designated on the docket. Mailed notice(yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.