**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Western Division**

Eric E. Bernard
                              Plaintiff,

v.                                               Case No.: 3:20−cv−50412
                                                 Honorable Iain D. Johnston

Illinois Department of Corrections, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 21, 2025:

MINUTE entry before the Honorable Iain D. Johnston: The Court has reviewed Mr. Bernard's response to the Court's November 3, 2025, show cause order, filed in each of his ten pending cases. The Court accepts Mr. Bernard's (and counsels') representations as to the information provided regarding why he was not present on the status call on November 3, 2025, although it questions the veracity of Mr. Bernard's representations. Nevertheless, the show cause order is satisfied. That being said, and to prevent future confusion, based on counsels' representation that they are attempting to settle Plaintiff's pro se cases as well as the cases on which they have appeared, counsel is directed to file a limited appearance for purposes of settlement in all of Plaintiff's pro se cases. This procedure is allowed by the Rules of the Northern District of Illinois and the Rules of Professional Responsibility. All of Mr. Bernard's cases are set for a continued telephonic settlement status conference on December 19, 2025, at 3:00 pm. **All parties, including Mr. Bernard, are required to attend any future status conferences on these cases, unless specifically excused. Any failure to attend will result in sanction, up to and including dismissal of all pending cases. This is the final time the Court will issue this warning. Any future failure to comply with Court orders or to attend Court proceedings will result in the immediate imposition of sanctions.** All counsel are directed to come to the status hearing prepared to discuss what steps they have taken to further settlement discussions and obtain the necessary settlement authority in these cases. Defense counsel, in particular, are expected to be prepared to discuss what authority they have obtained in response to Plaintiff's recent revised settlement demand, and be prepared to make a counteroffer, or to accept the demand. Of course, if the parties come to terms on their own, prior to the scheduled hearing, they should notify the Court for purposes of scheduling a deadline for entry of a stipulation to dismiss in all pending cases. The call−in number for all parties is 650−479−3207 and the access code is 23116155150#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mr. Bernard's cases are all stayed for all other purposes than pursuit of settlement discussions. Mailed notice(yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.